AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FILED
CLERKS OFFICE

2005 FEB -1    DISTRICT OF

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN F. BURNS,

**SUMMONS IN A CIVIL ACTION**

**v.**

CUNARD LINE LIMITED, Owner and/or
Operator of the SS CORONIA

CASE NUMBER:

# 04 - 12741 NG

TO: (Name and Address of Defendant)

Cunard Line Limited
6100 Blue Lagoon Drive, Suite 400
Miami, Florida  33126

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210

(617) 261-0080

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE  12/30/2004

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    *Date*                           *Signature of Server*

                                     _____
                                            *Address of Server*



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 27, 2005
I hereby certify and return that on 1/25/2005 at 8:15AM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to J.Grant,agent in charge at time of service, for
Cunard Line Limited, at c/o National Registered Agents, Inc., 303 Congress Street,
2nd Floor Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH)
($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00)
Total Charges $42.00

_____
*Deputy Sheriff*

1) ▸ Deputy Sheriff George Slvva ~~summons see Rule 4 of the Federal Rules of Civil Procedure.~~