UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                CIVIL ACTION
                                                NO. 04-12741-NG

**JOHN F. BURNS,**
           **Plaintiff,**

**VS.**

**CUNARD LINE LIMITED, Owner and/or
Operator of the SS CORONIA**
           **Defendant.**


## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Cunard Line Limited, in the above-entitled action.

                                                By its attorneys,

                                                **"/s/ Thomas E. Clinton"**
                                                **Thomas E. Clinton**
                                                **BBO NO. 086960**
                                                **Terence G. Kenneally**
                                                **BBO NO. 642124**
                                                One Washington Mall
                                                Suite 1400
                                                Boston, MA 02108
                                                (617) 723-9165

Dated: March 15, 2005