**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION
NO. 04-12741-NG

JOHN F. BURNS,

Plaintiff,

VS.

CUNARD LINE LIMITED, Owner and/or
Operator of the SS CORONIA
                    Defendant.

**DEFENDANT, CUNARD LINE LIMITED'S,**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the defendant, Cunard Line Limited in the
above entitled action, by and through its undersigned
counsel, Clinton & Muzyka, P.C., and submits its Answer to
Plaintiff's Complaint as follows:

**THE PARTIES**

1.    The defendant denies the allegations contained in
      Paragraph 1.

2.    The defendant denies the allegations contained in
      Paragraph 2.

**JURISDICTION**

3.    This Paragraph contains allegations of law to
      which a response is not required, but to the
      extent that a response is required, the defendant
      denies all the allegations contained therein.

2

## FACTUAL ALLEGATIONS

4.   The defendant denies the allegation contained in

Paragraph 4.


## COUNT I
### (Jones Act)

5.   The defendant reiterates and reaffirms its answers

to the allegations set forth in Paragraphs 1

through 4 inclusive and incorporates same as if

fully set forth herein.

6.   The defendant denies the allegations contained in

Paragraph 6.

7.   The defendant denies the allegations contained in

Paragraph 7.

8.   Paragraph 8 contains allegations of law to which a

response is not required, but to the extent that a

response is required, the defendant denies all the

allegations contained therein.

## REQUEST FOR RELIEF

1.   The defendant prays this Honorable Court dismiss

Count I of Plaintiff's Complaint;

2.   the defendant prays that this Honorable Court deny

the plaintiff's relief and that it grant the

defendant costs and reasonable attorneys fees.

## COUNT II
## (Unseaworthiness)

9.  The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs 1 through 8 inclusive and incorporates same as if fully set forth herein.

10. The defendant denies the allegations contained in Paragraph 10.

11. The defendant denies the allegations contained in Paragraph 11.

12. Paragraph 12 contains allegations of law to which a response is not required, but to the extent that a response is required, the defendant denies all the allegations contained therein.

## REQUEST FOR RELIEF

1.  The defendant prays this Honorable Court dismiss Count II of Plaintiff's Complaint;

2.  the defendant prays that this Honorable Court deny the plaintiff's relief and that it grant the defendant costs and reasonable attorneys fees.

4

## COUNT III
### (Maintenance and Cure)

13. The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs 1 through 12 inclusive and incorporates same as if fully set forth herein.

14. The defendant denies the allegations contained in Paragraph 14.

## REQUEST FOR RELIEF

1. The defendant prays this Honorable Court dismiss Count III of Plaintiff's Complaint;

2. the defendant prays that this Honorable Court deny the plaintiff's relief and that it grant the defendant costs and reasonable attorneys fees.

## COUNT IV
### (General Maritime Law)
### Negligence

15. The defendant denies the allegations contained in Paragraph 15.

16. The defendant denies the allegations contained in Paragraph 16.

17. The defendant denies the allegations contained in Paragraph 17.

18.  Paragraph 18 contains allegations of law to which

a response is not required, but to the extent that

a response is required, the defendant denies all

the allegations contained therein.


## REQUEST FOR RELIEF

1.  The defendant prays this Honorable Court dismiss

Count IV of Plaintiff's Complaint;

2.  the defendant prays that this Honorable Court deny

the plaintiff's relief and that it grant the

defendant costs and reasonable attorneys fees.

## AFFIRMATIVE DEFENSES

Now comes the defendant and incorporates the following

Affirmative Defenses into each Count of its Answer as more

fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE**

**DEFENSE**, the defendant says that the plaintiff has failed to

state a cause of action upon which relief can be granted

under the **Counts I, II, III, and IV**.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE**

**DEFENSE**, the defendant says that the plaintiff is not

entitled to maintenance because he was not a seaman nor

employed by the defendant.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that the plaintiff is not entitled to cure because he was not a seaman nor employed by the defendant.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that if the plaintiff sustained personal injuries as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise a reasonable degree of care and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the defendant herewith claims benefit of any and all laws and

statutes of the United States of America, including but not limited to, Limitation of Liability of the defendant, 46 USCA, Appx. § 183 (b).

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that the plaintiff has failed to establish personal jurisdiction over the defendant.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that the venue in this forum is improper.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that there has been insufficient Services of Process.

**WHEREFORE**, the defendant prays that the above **Complaint** be dismissed together with costs and reasonable attorney's fees.

<u>**The defendant claims TRIAL BY JURY on all issues raised in Plaintiff's Complaint, Defendant's Answer, and Affirmative Defenses contained herein with the exception of Limitation of Liability which is unique for the Court's determination**</u>.

8

By its attorneys,
**CLINTON & MUZYKA, P.C**.


**"/s/ Thomas E. Clinton"**
**Thomas E. Clinton**
**BBO NO. 086960**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  March 15, 2005