```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

                                        CIVIL ACTION
                                        NO. 04-12741-NG

**JOHN F. BURNS,**
        Plaintiff,

VS.

**CUNARD LINE LIMITED, Owner and/or
Operator of the SS CORONIA**
        Defendant.


### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Cunard Line Limited, in the above-entitled action.

                    By its attorneys,

                    **"/s/ Terence G.Kenneally"**
                    **Thomas E. Clinton**
                    BBO NO. 086960
                    **Terence G. Kenneally**
                    **BBO NO. 642124**
                    One Washington Mall
                    Suite 1400
                    Boston, MA 02108
                    (617) 723-9165

Dated:  March 15, 2005