```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        NO. 04-12741-NG
JOHN F. BURNS,
         Plaintiff,

VS.

CUNARD LINE LIMITED, Owner and/or
Operator of the SS CARONIA
         Defendant.
```

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

**I.   DISCOVERY**

The parties propose the following discovery plan:

A. All factual discovery to be completed by February 28, 2006;

B. Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before March 31, 2006.

C. Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before April 28, 2006.

D. All expert depositions to be completed by June 30, 2006.

  E. Final Pretrial Conference to be scheduled after June 30, 2006.

**II.   MOTION SCHEDULE**

In addition to the above, the parties propose the following motion schedule.

 A. Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before January 31, 2006.

 B. Dispositive Motions to be filed by June 30, 2006 with Oppositions filed within fourteen (14) days as set forth in the Local Rules of this Court.

**III.  CERTIFICATION**

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

**IV.   TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to trial by a Magistrate.

**V.    SETTLEMENT**

The plaintiff has tendered a written settlement demand to the defendant.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **THE KAPLAN BOND GROUP** | **CLINTON & MUZYKA, P.C.** |
| | |
| **"/s/ David B. Kaplan"** | **"/s/ Thomas E. Clinton"** |
| **David B. Kaplan** | **Thomas E. Clinton** |
| **BBO No. 258540** | **BBO NO. 086960** |
| Boston Fish Pier | **Terence G. Kenneally** |
| 2 West Building – Suite 304 | **BBO NO. 642124** |
| Boston, MA 02205 | One Washington Mall |
| (617) 261-0080 | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |

Dated: November 29, 2005