UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN F. BURNS,<br>      Plaintiff,<br><br>VS.<br><br>CUNARD LINE LIMITED, Owner and/or<br>Operator of the SS CARONIA<br>      Defendant. | CIVIL ACTION<br>NO. 04-12741-NG |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| **CUNARD LINE LIMITED** | **CLINTON & MUZYKA, P.C.** |
|---|---|
| "/s/ Elsa Ward"<br>**Elsa Ward**<br>Corporate Counsel<br>24303 Town Center Drive<br>Suite 200<br>Valencia, CA 91355<br>(661) 753-1590 | "/s/ Thomas E. Clinton"<br>**Thomas E. Clinton**<br>BBO NO. 086960<br>One Washington Mall<br>Suite 1400<br>Boston, MA 02108<br>(617) 723-9165 |

Dated: November 30, 2005