UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12741-NG

JOHN F. BURNS,
    Plaintiff,

VS.

CUNARD LINE LIMITED, Owner
and/or Operator of the SS CARONIA,
    Defendant.

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 2nd day of March, 2006.

| ATTORNEY FOR PLAINTIFF, | ATTORNEY FOR DEFENDANT |
|---|---|
| *[signature]* | *[signature]* |
| David B. Kaplan | Thomas E. Clinton |
| BBO NO. 258540 | BBO NO. 086960 |
| THE KAPLAN BOND GROUP | Terence G. Kenneally |
| 88 Black Falcon Avenue | BBO NO.   642124 |
| Suite 301 | CLINTON & MUZYKA, P.C. |
| Boston, MA  02210 | One Washington Mall |
| (617) 261-0080 | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |